UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DAVID A. RUBIN,

    Plaintiff,

v.

ZAKHEIM & LAVRAR, P.A.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant sent letters into this District.

## PARTIES

3.    Plaintiff, DAVID A. RUBIN, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, ZAKHEIM & LAVRAR, P.A., is a professional association and citizen of the State of Florida with its principal place of business at Suite 202, 1045 South University Drive, Plantation, Florida 33324.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Plaintiff has a defaulted credit card with Capital One Bank, N.A. The alleged debt was incurred for personal, family, or household purposes.

10. On February 21, 2011, Defendant sent a letter, attached as exhibit "A," attempting to collect an alleged debt owed to Capital One Small Business − to whom Plaintiff was not indebted.

11. Plaintiff does not now, nor has he ever had a debt or any relationship with Capital One Small Business.

12. At the time Defendant sent the February 21, 2011 letter, it knew Plaintiff was not indebted to Capital One Small Business.

## COUNT I
## FALSE OR MISLEADING REPRESENTATION

13. Plaintiff incorporates Paragraphs 1 through 12.

14. Defendant, by attempting to collect a debt from Capital One Small Business, created a false or misleading representation of the debt in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## DEFECTIVE NOTICE IN VIOLATION OF §1692g

15. Plaintiff incorporates Paragraphs 1 through 12.

16. Defendant sent an initial notice, its February 21, 2011 letter, which fails to state the name of the creditor to whom the debt is owed in violation of 15 U.S.C. §1692g(a)(2).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

17.    Plaintiff incorporates Paragraphs 1 through 12.

18.    Defendant attempted to collect and enforce a debt it knew was not legitimate in violation of Fla. Stat. §559.72(9) when it alleged Plaintiff owed a debt due to Capital One Small Business.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently enjoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235

donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658